**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Lynn Salas and Sean Salas, on behalf of themselves and their deceased child, Sean Alexander Salas, and Rachel Stohlman,<br><br>            Plaintiffs,<br><br>      v.<br><br>United States of America and Barry Bialek,<br><br>            Defendants. | CIV-05-0288-PCT-PGR<br><br>**ORDER** |

The Court having considered defendant, United States, Motion for Extension of Time In Which to File an Expert Report,

IT IS HEREBY ORDERED that the defendant, United States, have to and including December 5, 2005, in which to filed its Expert Report.

DATED this 15th day of November, 2005.

Paul G. Rosenblatt
United States District Judge