**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Lynn Salas, et al.      ) | |
|                  ) | |
|       Plaintiffs,     ) | No. CV 05-0288-PCT-PGR |
|                  ) | |
|       v.               ) | ORDER |
|                  ) | |
| United States of America, et al.  ) | |
|                  ) | |
|       Defendants.    ) | |
|                  ) | |
| _____) | |

Pending before the Court is the Plaintiffs' Motion to Compel Answers to Interrogatories and Production of Documents (Doc. 37). As grounds for their motion, the Plaintiffs state that on May 26, 2005, they served their Request for Production of Documents upon Defendant United States of America ("USA"); however, Defendant USA failed to serve a response or objections to the discovery request and did not provide the requested documents. On May 31, 2005, the Plaintiffs served their First Interrogatories upon the Defendant USA and Defendant Barry Bialek and though Defendant Bailek timely responded to the interrogatories, Defendant USA once again never served any response or objections. On July 18, 2005, Plaintiffs served their First Request for Admissions together with their Second Request for Interrogatories upon Defendant USA. Defendant USA responded, although past the due date, to the Request for Admissions but never served any response or objections to Plaintiffs' Second Request for Interrogatories. The Plaintiffs contend that the

1  failure of Defendant USA to provide interrogatory answers and requested documents is

2  causing unjustified delay in discovery and case preparation.

3       The Plaintiffs filed the current motion on October 18, 2005; however, the response

4  time passed without opposition from the Defendant USA.  On December 9, 2005, the

5  Plaintiffs submitted a reply to the Court requesting that the Court summarily grant their

6  motion due to Defendant USA's failure to respond in opposition.  In addition, the Plaintiffs

7  informed the Court that the Defendant USA had still not provided the requested discovery.

8  On December 16, 2005, the Defendant USA filed an untimely response to the motion asking

9  the Court to deny the Plaintiffs' motion since  the parties were currently working together to

10 obtain the necessary documents.[1]

11      Due to the fact that the discovery sought from Defendant USA is necessary for the

12 Plaintiffs to finish depositions and prepare for trial, the Court declines to deny the motion.

13 The delay caused by Defendant USA's non-compliance with its discovery obligations is

14 preventing this case from moving forward.  Therefore,

15      IT IS ORDERED that the Plaintiffs' Motion to Compel Answers to Interrogatories and

16 Production of Documents (Doc. 37) is GRANTED.  The Defendant USA is ordered to fully

17 answer Plaintiffs' First and Second Interrogatories and serve written responses to and produce

18 the documents requested by Plaintiffs' May 26, 2005 Requests for Production within ten (10)

19 days from the entry of this order.

20      IT IS FURTHER ORDERED that the Plaintiffs are awarded their reasonable

21 attorneys' fees and costs incurred in bringing this motion.

22      DATED this 14th day of February, 2006.

23

24 Paul G. Rosenblatt
   United States District Judge

25

26

27      [1] The Court recognizes that Harriet Bernick, Assistant United States Attorney, was recently
   reassigned this case and is struggling to get up to speed as quickly as possible.

28
                                    - 2 -