**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Lynn Salas, et al. ) | |
| ) | |
| Plaintiffs, ) | No. CV 05-0288-PCT-PGR |
| ) | |
| v. ) | ORDER |
| ) | |
| United States of America, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

Pursuant to the parties' Stipulation for Dismissal (Doc. 60), IT IS ORDERED that the above captioned matter be dismissed with prejudice as to Defendant United States of American, each party to bear their own costs and attorney fees.

DATED this 21st day of April, 2006.

Paul G. Rosenblatt
United States District Judge